PROB 12B
(6/21)

# United States District Court

### for

### District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Individual Under Supervision
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Individual Under Supervision: Anthony Penuelaz                Cr.: 20-00928-001
                                                                     PACTS #: 6097861

Name of Sentencing Judicial Officer:    THE HONORABLE FREDA L. WOLFSON
                                        CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/06/2021

Original Offense:    Count One: Conspiracy To Distribute Controlled Substance, 21 U.S.C. § 846, a Class
                     B Felony
                     Count Two: Possession With Intent To Distribute Heroin, 21 U.S. C. § 841, a Class B
                     Felony

Original Sentence: 30 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Restrictions, Alcohol
Treatment, Drug Treatment, Life Skills Counseling, Education/Training Requirements, Mental Health
Treatment

Type of Supervision: Supervised Release                Date Supervision Commenced: 02/16/2022

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ years, for a total term of _____ years.

☑   To modify the conditions of supervision as follows:

    **RESIDENTIAL REENTRY CENTER PLACEMENT (180 days months WITH weekend
    privileges)**

The defendant shall reside in a community corrections center, halfway house, or similar residential
reentry center for a term of up to 180 days. The defendant shall follow the rules and regulations of
the center.  The defendant shall be eligible for weekend privileges.  The defendant shall pay
subsistence as required by the program.

## CAUSE

Mr. Penuelaz was released from Bureau of Prisons (BOP) custody on February 16, 2022;
however, he did not have the privilege of prerelease planning for placement in a residential
reentry center.  Accordingly, he was released to the District of New Jersey, absent the available
benefits to individuals under supervision returning to society.  Mr. Penuelaz has not obtained a
residence in New Jersey and was designated to a residential reentry center in Newark on March
23, 2022, subsequent to an order for said placement by the Court on February 23, 2022.

 Mr. Penuelaz has maintained his desire to return home to San Antonio, Texas, where his children and family reside, and the residential reentry center has informed the U.S. Probation Office that they currently have a bed available for Mr. Penuelaz and he can transfer to their facility.  In speaking with the U.S. Probation Office in the Western District of Texas, they are requesting an order for Mr. Penuelaz to reside at the residential reentry for up to 180 days, so as to provide him with enough time to reacclimate to Texas, find employment and a residence upon his return to the district. We are respectfully requesting an additional special condition for 180 days placement in a residential reentry center for Mr. Penuelaz to meet these goals.  In addition, the probation officer requests that the residential reentry center placement be terminated upon securing a residence, in the event he does not need 180 days to accomplish this goal. Mr. Penuelaz has signed the waiver of hearing to modify the conditions of supervised release.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer


*Tiffany A. Francis*

By:   TIFFANY A. FRANCIS
       U.S. Probation Officer

/ taf

APPROVED:

*Sharon O'Brien  April 27, 2022*
_____
SHARON O'BRIEN          Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

☐  The Extension of Supervision as Noted Above

☒  The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☐  No Action

☐  Other

_____
Signature of Judicial Officer


_____
April 27, 2022
Date